Decision and Order
DM0856-08

Territorial Law Library

FILED
SUPERIOR COURT
OF GUAM

2012 AUG -9 PM 4: 18

CLERK OF COURT

BY: _____

IN THE SUPERIOR COURT OF GUAM

MINDY PEGARIDO BORJA,

      Plaintiff,

    v.

BEN MUNOZ BORJA,

      Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

DOMESTIC CASE NO. DM0856-08

ORDER SETTING HEARING DATE FOR MOTION TO MODIFY INTERLOCUTORY AND FINAL DECREE

A hearing on Defendant's Motion to Modify Interlocutory and Final Decrees of Divorce was scheduled to come before the Honorable Alberto C. Lamorena, III on May 7, 2012. Prior to the scheduled hearing date, this Court issued a Notice of Disqualifying Facts. At the May 7 hearing both parties were represented by counsel, though the only issue addressed at that hearing was the matter relating to this Court's Notice of Disqualifying Facts. Neither party opposed having this Court continue to sit in these proceedings. The Court did not, however, take Defendant's motion under advisement at that time and the parties have not presented oral argument on this matter.

Though a hearing is not required under Guam's local rules, this Court has reviewed the written memoranda and notes that the parties appear to agree on some issues and disagree as to other issues raised by Defendant's motion. Given the parties' respective positions, this Court

Decision and Order
DM0856-08

believes that a hearing on this matter will help to identify and clarify any remaining contested issues raised by Defendant's motion.

A hearing on Defendant's Motion to Modify the Interlocutory and Final Decrees of Divorce is scheduled for September 10, 2012, at 2:00 p.m.

It is **SO ORDERED** this 9th day of August, 2012.

HONORABLE ALBERTO C. LAMORENA III
Presiding Judge, Superior Court of Guam

I do hereby certify that the foregoing is a full true and correct copy of the original on file in the office of the clerk of the Superior Court of Guam.

AUG 9 2012

Domingo M. Nego
Deputy Clerk, Superior Court of Guam

ORIGINAL